UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSHUA MARSHALL, individually and on behalf of others similarly situated, : 26-cv-7590 (SHS)

Plaintiff,

-v- ORDER

METROPOLITAN OPERA ASSOCIATION INC. d/b/a The Metropolitan Opera Association, Inc.,

Defendant.

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On July 23, 2026, plaintiff filed his complaint alleging claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") on behalf of himself and a putative FLSA collective and putative NYLL class. On September 4, 2026, defendant Metropolitan Opera Association removed this action to this Court [Doc. No. 1]. On October 21, 2026, defendant Metropolitan Opera Association moved to dismiss the complaint [ECF Doc. No. 11]. On October 27, 2026, plaintiff notified the Court of his intention to file a first amended complaint on or before November 11, 2026 [ECF Doc. No. 14]. In light of plaintiff's intention to file an amended complaint by November 11, 2026,

IT IS HEREBY ORDERED that defendant's pending motion to dismiss the original complaint [Doc. No.11] is dismissed as moot with leave to renew that motion if plaintiff fails to file an amended complaint by November 11, 2026.

Dated: New York, New York
October 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.